IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI, ABERDEEN DIVISION

JUNIOR W. WRIGHT                                                                         PLAINTIFF

VS.                                            CIVIL ACTION NO: 1:19-CV-00110-SA-DAS

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON AND/OR LINCOLN NATIONAL
LIFE INSURANCE COMPANY, FICTITIOUS
DEFENDANT A AND FICTITIOUS
DEFENDANT B                                                      DEFENDANT

## AMENDED COMPLAINT

COMES NOW your Plaintiff, Junior W. Wright, by and through counsel and files this his Complaint against the Defendant, Liberty Life Assurance Company of Boston and/or Lincoln National Life Insurance Company, Fictitious Defendant A and Fictitious Defendant B and in support thereof, would show unto the Court the following, to-wit:

### 1. JURISDICTION

1. The Plaintiff is a citizen and resident of the United States of America and of the County of Prentiss, State of Mississippi.

2. The Defendant is a foreign corporation licensed to do business in the State of Mississippi that may be served with process through it's Registered Agent, Corporation Service Company.

3. That Fictitious Defendants A and Fictitious Defendants B will be named when they ascertained.

### 2. FACTS

4. That Plaintiff is an employee of Wal-Mart in Booneville, Prentiss County,

Mississippi. That Plaintiff was covered under Defendant's long term disability insurance through his said employer.

5. That on or about the 1st day of January, 2004 Plaintiff was injured as a result of his employment with Wal-Mart and was ordered to remain off work until cleared to return.

6. That Plaintiff received benefits from Defendant from December 17, 2017 to April 25, 2018, when benefits were stopped after a review by Defendant.

7. That on or about July 6, 2018, Plaintiff filed an appeal on Defendant's denial of benefits which is attached hereto as Exhibit A; and on November 8, 2018, Plaintiff received a letter from Defendant stating that his appeal was denied. The said denial is attached hereto as Exhibit B. That Defendant filed his application for Social Security Disability and was denied; a copy of the decision is attached hereto as Exhibit C and a copy of the transcript of the hearing is attached hereto as Exhibit D.

8. That Defendant's decision of denying the Plaintiff's claim is not in accordance with the purpose and intent of Plaintiff's insurance coverage with Defendant nor is it in accordance with the Law, nor is it in accordance with the evidence, but contrary thereto and to the facts against the evidence, in that Plaintiff is disabled from performing substantial gainful activity.

9. That Plaintiff files this complaint under the provisions of 29 U.S.C. Sec. §1132 which states that a civil action may be brought to recover benefits due Plaintiff under the terms of his plan, to enforce his rights under the terms of the plan, or to clarify his rights to future benefits under the terms of the plan.

WHEREFORE, Plaintiff prays for the following relief:

1. That Defendant, Liberty Life Assurance Company of Boston and/or Lincoln National Life Insurance Company's denial of Plaintiff's appeal be reversed and set aside and that the claims of the Plaintiff for a period of disability and disability insurance benefits be approved.

2. That Defendant be ordered to pay to Plaintiff all future benefits due him and all unpaid benefits, including any interest on the unpaid benefit, an amount equal to the greater of interest on the unpaid benefits or liquidated damages provided for under the plan in an amount not in excess of 20 percent (or such higher percentage as may be permitted under Federal or State law) of the amount determined by the court under Subparagraph (A) of 29 U.S.C. 1132.

3. That Defendant be ordered to pay Plaintiff's reasonable attorney fees and costs of this action and such other legal or equitable relief as the court deems appropriate.

Respectfully submitted, this the 28 day of June, 2019.

JUNIOR W. WRIGHT, PLAINTIFF

BY: *Greg Beard*
Greg Beard, MS Bar No. 9481
Attorney for Plaintiff

GREG E. BEARD, P.A.
ATTORNEY AT LAW
101 WEST COLLEGE STREET
POST OFFICE BOX 285
BOONEVILLE, MS 38829
TELEPHONE: 662-720-8340
FAX: 662-720-8342
EMAIL: greg109@bellsouth.net

STATE OF MISSISSIPPI
COUNTY OF PRENTISS

      Personally appeared before me, the undersigned authority in and for the said county and state, on this the 28 day of June, 2019, within my jurisdiction, the within named Junior W. Wright, who acknowledged that he read the above and foregoing instrument and the statements contained therein are true and correct to the best of his knowledge.

                                                                             _Junior Wright_

      Sworn to and subscribed before me this the 28 day of June, 2019.

                                                                     _Sheri P. Spencer_
                                                                     NOTARY PUBLIC

My Commission Expires:

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 69833, SHERI P. SPENCER, Commission Expires May 12, 2023, ALCORN COUNTY]